COUNSELORS AT LAW



December 11, 2015

Ms. Sheila Skidmore
Court Reporter
124 Saint Cloud Drive
Friendswood, Texas 77546

Re:     Cause No. 2012-72809; *2JM Land & Cattle Company, LLC, et al. vs. Five Corners Improvement District, et al.*; In the 113th Judicial District Court of Harris County, Texas

Re:     Civil Action No. 14-15-00847; *Five Corners Improvement District, et al. vs. 2JM Land & Cattle, LLC, et al.*; In the 14th Court of Appeals

Dear Ms. Skidmore:

Enclosed is our firm check number 83344 in the amount of $3,412.50 in payment of the deposit for preparation of the court reporter's record on appeal in the above-referenced state court matter. I've also listed the Court of Appeals style for ease of reference.

Please do not hesitate to contact us if you should have any questions.

Very truly yours,

Barry Abrams

BA/plj
Enclosure

717 Texas Avenue  Suite 1400  Houston, TX 77002
www.BlankRome.com

Boca Raton • Cincinnati • Fort Lauderdale • Houston • Los Angeles • New York • Philadelphia • Pittsburgh • Princeton • San Francisco • Shanghai • Tampa • Washington • Wilmington

## BLANK ROME LLP

**CHECK NO.** 83344

| VENDOR # | INVOICE # | DATE | INVOICE DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1001108-0001 | 031615-368 | 12-10-15 | Sheila R. Skidmore, Court Reporter - Deposit for preparation of court reporter's record on appeal - Invoice #031615-368 | 3,412.50 |

## BLANK ROME LLP

**CHECK NO.** 83344

| | | | | |
|---|---|---|---|---|
| | | 12-10-15 | Sheila R. Skidmore, Court Reporter - Deposit for preparation of court reporter's record on appeal - Invoice #031615-368 | 3,412.50 |